# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Nunber: SA:05-CR-00183(2)-XR |
| (2) Randy Walls<br>*Defendant* | § | |

## ORDER APPOINTING COUNSEL

The above-named defendant has testified under oath, or has otherwise satisfied this court that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, **Kimbel Lee Brown** is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this 22nd day of July, 2016.

*Pamela A. Mathy*
PAMELA MATHY
U.S. MAGISTRATE JUDGE

Filed 7-22-16
Clerk, U.S. District Court
Western District of Texas
By _____ Deputy